COMMONWEALTH of Pennsylvania,
Appellee

v.

Terrance WILLIAMS, Appellant.

Supreme Court of Pennsylvania.

Submitted Aug. 2, 2006.

Sept. 27, 2006.

### ORDER

PER CURIAM.

AND NOW, this 27th day of September, 2006, the order of the PCRA court is AFFIRMED.

Lois EISER, Administratrix of the Estate of William M. Eiser and Lois Eiser, Individually, Petitioner

v.

BROWN WILLIAMSON TOBACCO CORPORATION and the Tobacco Institute, Respondents.

Supreme Court of Pennsylvania.

Sept. 22, 2006.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of September, 2006, the Petition for Allowance of Appeal is granted limited to the following issue:

Did Appellant waive her right to appellate review by raising a quantity of issues sufficient to impair meaningful appellate review?

Joseph O. ELLIOTT, Sr., Appellant

v.

Harry E. WILSON, et. al., Jeffrey A. Beard, PhD., Edward G. Rendell, Gov., Robert TretInilk, L.R.N., Appellees.

Joseph Elliott, Sr., Appellant

v.

Jeffrey A. Beard, PhD., et. al., Michael Farnan, Esq., Donald Kelchner, Ian Taggart, & Robert Marsh, Appellees.

Supreme Court of Pennsylvania.

Sept. 26, 2006.
Reconsideration Denied Nov. 30, 2006.

### ORDER

PER CURIAM.

AND NOW, this 26th day of September, 2006, the above-captioned appeals are quashed for failure to file a brief.